IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE ARNETT,<br><br>Defendant. | No. CR-F-95-5287 REC<br><br>ORDER TRANSFERRING ACTION FROM DOCKET OF JUDGE ROBERT E. COYLE TO DOCKET OF JUDGE OLIVER W. WANGER; JUDGE WANGER'S ACCEPTANCE OF TRANSFER OF ACTION; CHIEF JUDGE DAVID LEVI'S APPROVAL OF TRANSFER OF ACTION |

Pursuant to Appendix A to the Local Rules of the Eastern District of California, this action is transferred from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger for all further proceedings, including resolution of matters under submission, further pretrial matters, jury trial and sentencing.

///

///

1

1  IT IS SO ORDERED.

2  Dated: April 19, 2005

3

4                                    /s/ Robert E. Coyle
                                    UNITED STATES DISTRICT JUDGE
5
    The transfer of this action from the docket of Judge Robert
6
E. Coyle to the docket of Judge Oliver W. Wanger is accepted.
7
    Dated: April 19, 2005
8
                                    /s/ OLIVER W. WANGER
9                                   UNITED STATES DISTRICT JUDGE

10   The transfer of this action from the docket of Judge Robert

11 E. Coyle to the docket of Judge Oliver W. Wanger is approved.

12

13   Dated:  April 19, 2005

14

15

16                          _____
                            DAVID F. LEVI
17                          Chief United States District Judge

18

19

20

21

22

23

24

25

26