Timothy Arnett
JID #234137
Fresno County Jail
P.O. Box 872
Fresno, CA  93712

Pro se Defendant

FILED

2005 MAY 11  A 7 42

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-95-5287 OWW |
| Plaintiff, ) | |
| vs. ) | SEALING ORDER |
| TIMOTHY WAYNE ARNETT, ) | |
| Defendant. ) | |

The Court hereby orders that defendant's Ex Parte Motion to Vacate Current Trial date of June 1, 2005 in the above referenced case, shall be sealed pursuant to Local Rule 39-141, to protect the defendant's Fifth and Sixth Amendment rights, until further order of the Court.

IT IS SO ORDERED.

Dated: ___5-10-___, 2005

OLiver W. Wanger
United States District Judge