FILED
MAY 11 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TIMOTHY WAYNE ARNETT,<br><br>                    Defendant. | No. CR-F-95-5287 OWW<br><br>ORDER FILING DEFENDANT'S "EX PARTE NOTICE OF MOTION AND MOTION TO VACATE CURRENT TRIAL DATE OF JUNE 1, 2005" **UNDER SEAL** AND SETTING DEFENDANT'S MOTION TO VACATE CURRENT TRIAL DATE FOR HEARING ON MONDAY, MAY 16, 2005 AT 3:00 P.M. |

Defendant's "Ex Parte Notice of Motion and Motion to Vacate Current Trial Date of June 1, 2005" shall be filed under seal. Defendant's request to vacate the trial date shall be heard on Monday, May 16, 2005 at 3:00 p.m. in Courtroom 2.

In addition, the United States shall be prepared to make an offer of proof how it intends to prove the elements of the § 924(c) in the counts alleged against defendant, particularly with regard to the element of "crime of violence". The United States shall identify those portions of defendant's confession to the

1

Medford Police intended to be introduced at trial and shall advise the court whether the firearm at issue was seized as a result of defendant's confession.

Dated: 5-10-, 2005

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE