IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| | ) | APPLICATION FOR ORDER |
| Plaintiff, | ) | SEALING DECLARATION OF |
| | ) | DEFENDANT AND J.B. WOOD AND |
| vs. | ) | DIRECTING CLERK TO FILE AND |
| | ) | DOCKET DEFENDANT'S MOTION IN |
| | ) | LIMINE TO EXCLUDE TESTIMONY |
| TIMOTHY WAYNE ARNETT, | ) | OF GOVERNMENT'S FIREARM |
| | ) | EXPERT JOSEPH T. VORISEK AND |
| | ) | DECLARATION OF DEFENDANT AND |
| Defendant. | ) | J.B. WOOD |
| | ) | |
| | ) | |

Defendant's application to seal the declaration of defendant and the declaration of J.B. Wood filed in support of defendant's Motion in Limine to Exclude the Testimony of Government's Firearms Expert, Joseph T. Vorisek is denied. There is no basis for sealing these declarations. Defendant's declaration merely attaches a copy of the trial testimony of Vorisek in the District of Oregon and a copy of Wood's declaration. Expert testimony is not privileged and this proposed testimony must be disclosed

1

pretrial under Rule 16, Federal Rules of Criminal Procedure. The Government cannot respond to defendant's motion in limine without reviewing Wood's declaration and defendant's motion in limine cannot be resolved without full input from the Government.

    The Clerk is directed to file and docket the declaration of defendant and the declaration of J.B. Wood and to file and docket defendant's Motion in Limine to Exclude the Testimony of Government's Firearms Expert, Joseph T. Vorisek.

Dated: _July 7__, 2005

/s/ OLIVER W. WANGER

_____

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

2