IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
|---|---|---|
| | ) | |
| | ) | ORDER AUTHORIZING |
| | ) | DEFENDANT'S FIREARMS EXPERT |
| Plaintiff, | ) | J.B. WOOD TO MEET WITH |
| | ) | DEFENDANT TIMOTHY WAYNE |
| vs. | ) | ARNETT AT FRESNO COUNTY JAIL |
| | ) | |
| TIMOTHY WAYNE ARNETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Timothy Wayne Arnett is hereby authorized to meet with his firearms expert, J.B. Wood, at the Fresno County Jail for the purpose of trial preparation. Any meeting between defendant and J.B. Wood will be subject to the policies and procedures of the Fresno County Jail applicable to meetings between a defendant and his defense investigator.

Dated: _July 13_, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1