IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY WAYNE ARNETT,

    Defendant.

Case No. CR-F-95-5287 OWW-

ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM TO ATF AGENT ROBERT BURROWS PURSUANT TO FED.R.CRIM.P. 17(C).

Judge: Hon. Oliver W. Wanger

The application for subpoena duces tecum filed by pro se defendant Timothy Wayne Arnett IS HEREBY GRANTED authorizing issuance of a subpoena duces tecum pursuant to 17(c) of the Federal Rules of Criminal Procedure to ATF Agent Robert Burrows, Bureau of Alcohol, Tobacco and Firearms, 650 Massachusetts Avenue, N.W. Washington, D.C., for: (1) any and all documents or reference material relating to Agent Burrows' prior testimony in trials, in respect to Crescent Fire Arms (other than defendant's) and the case name and location of those trials; (2) copies of any and all documents and/or know manufactured samples of Crescent Firearms' U-shaped springs: (3) copies of any and all documents and/or reference sources that indicate the types of springs utilized by Crescent during their tenure -1888 through 1930; (4) copies of any and all references made in catalogs, between 1890 and 1927, that pertain to the types of hammer-springs being manufactured and used in shotguns; (5) copies of any and all materials that the ATF have in their reference library, which touch on Crescent shotguns, in addition to information which the

1  ATF has generated within the ATF, based on physical examinations
2  of Crescent firearms which have been submitted to them; (6)
3  copies of any and all research materials which indicate the .410
4  guage shot shell originated in England in approximately 1892, or
5  otherwise earlier and elsewhere, and that the .410 guage did not
6  come to the United States until approximately 1910, 1912, or
7  otherwise earlier; and (7) copies of any and all reference
8  material in the ATF reference collection, in respect to No. 60
9  hammerless .410 shotguns by Crescent, based on the serial number
10 information, including references which deal specifically with
11 Crescent model shotguns and their serial number range derived
12 from physical examination of Crescent firearms, bills of sales,
13 distribution of the shotguns to various distributors and
14 wholesalers.

DATED: 7-12-05

_____
Hon. Oliver W. Wanger
United States District Judge
Eastern District of California

2