UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    1:95-cr-5287 OWW
                             )
    v.                       )
                             )
TIMOTHY WAYNE ARNETT,        )
                             )
            Defendant        )    ORDER FOR SERVICE OF SUBPOENA
_____ )    BY UNITED STATES MARSHAL
```

    The Court having authorized the issuance of a subpoena pursuant to Rule 17[c] of the Federal Rules of Criminal Procedure for documents to be produced by Robert Burrow;

    IT IS HEREBY ORDERED that said subpoena shall be served by the United States Marshal.

Dated: July 13, 2005                      /s/ OLIVER W. WANGER
                                                                                   _____
                                                                                    OLIVER W. WANGER
                                                                                    United States District Judge