1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT FOR THE

7                       EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,      )        No. CR-F-95-5287 OWW
                                   )
10                                 )        ORDER DIRECTING UNITED
                                   )        STATES TO FILE INVESTIGATION
11                  Plaintiff,     )        RECORDS UNDER SEAL FOR IN
                                   )        CAMERA REVIEW
12          vs.                    )
                                   )
13                                 )
    TIMOTHY WAYNE ARNETT,          )
14                                 )
                                   )
15                  Defendant.     )
                                   )
16  _____)

17       The United States is directed to file under seal any

18  existing records of the ATF's investigation in 1995/1996 of

19  Adrian Cole and of Joseph Vorisek's involvement in any matters

20  that were the subject of that investigation referred to by ATF

21  Agent Kim in a closed hearing during defendant's trial in the

22  District of Oregon.  The United States shall comply with this

23  order    The court will conduct an <u>in camera</u> review to determine

24  any relevance, whether any information bears on Vorisek's

25  credibility, or whether any such information, if admissible,

26  could assist the defense of this case.  All further proceedings

                                   1

1  will be by separate order.

2       Dated: _July 11_, 2005

3                                         /s/ OLIVER W. WANGER

4                                    _____

5                                         OLIVER W. WANGER

6                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26