IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER AUTHORIZING EXTENDED |
| | ) | LAW LIBRARY TIME AT FRESNO |
| Plaintiff, | ) | COUNTY JAIL FOR TIMOTHY |
| | ) | WAYNE ARNETT AND AUTHORIZING |
| vs. | ) | INVESTIGATOR RICHARD BARNES |
| | ) | TO TRANSPORT LEGAL DOCUMENTS |
| | ) | AND TRIAL MATERIALS OF |
| TIMOTHY WAYNE ARNETT, | ) | TIMOTHY WAYNE ARNETT TO AND |
| | ) | FROM THE FRESNO COUNTY JAIL |
| | ) | DURING TRIAL |
| Defendant. | ) | |
| | ) | |

Defendant Timothy Wayne Arnett, who is representing himself in the above-captioned criminal action, is authorized to obtain extended time at the Fresno County Jail law library during the pendency of his jury trial in this case set to commence on Wednesday, August 3, 2005.  The extended law library time is necessary to assist defendant in preparing for and performing dury trial, but the extended time must comport with the personnel and security requirements of the Fresno County Jail.

1

Private investigator Richard Barnes, who has been appointed by the court in this action to assist defendant Arnett, is authorized to transport to and from the Fresno County Jail legal documents and other papers necessary for defendant Arnett's trial.  This authorization must comport with the security requirements of the Fresno County Jail.

Dated: __August 2_, 2005

/s/ OLIVER W. WANGER

_____

OLIVER W. WANGER

UNITED STATES DISTRICT JUDGE