**FILED**

**JUDGMENT ENTERED**

**09/13/05**

by R. Balli

Deputy Clerk

U.S. District Court
Eastern District of California

**FILE   CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

TIMOTHY WAYNE ARNETT,

    Plaintiff,

vs.

UNITED STATES OF AMERICA

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-978 REC
1:95-CR-5287 REC

    DECISION BY COURT:  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that the MOTION to VACATE, Set Aside or Correct Sentence pursuant to 28:2255 is DISMISSED without prejudice as premature.

DATED: 09/13/05

    JACK L. WAGNER, Clerk

    By: /s/R. Balli
        Deputy Clerk

jgm.2255
2/1/95