IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>           Petitioner,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV-F-05-978 OWW<br>(No. CR-F-95-5287 OWW)<br><br>ORDER VACATING "ORDER DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHOUT PREJUDICE AS PREMATURE" AND JUDGMENT FOR RESPONDENT (Docs. 504 & 505) AND DENYING PETITIONER'S APPLICATION TO FILE MOTION FOR RECONSIDERATION UNDER SEAL AND MOTION FOR RECONSIDERATION AS MOOT |

    The "Order Dismissing Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 Without Prejudice as Premature" filed on September 13, 2005 (Doc. 504) and the Judgment for respondent entered on September 13, 2005 are vacated because of the transfer of this action from the docket of Judge Coyle to the docket of Judge Wanger.  Review of petitioner's

1

Section 2255 motion will be conducted pursuant to the procedures followed for such review followed in Section 2255 proceedings assigned to Judge Wanger's docket.

Petitioner has submitted an application to file a Motion for Reconsideration of the September 13, 2005 Order under seal. Petitioner's application to file the motion under seal is denied and the motion for reconsideration is denied as moot.

Dated: __October 3, 2005            /s/ OLIVER W. WANGER_____
                                    OLIVER W. WANGER
                                    United States District Judge