IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WAYNE ARNETT, | ) ) | No. CV-F-05-978 REC (No. CR-F-95-5287 REC) |
| | ) ) | ORDER TRANSFERRING ACTION |
| Petitioner, | ) ) | PURSUANT TO 28 U.S.C. § 2255 FROM DOCKET OF JUDGE ROBERT |
| vs. | ) ) | E. COYLE TO DOCKET OF JUDGE OLIVER W. WANGER; JUDGE |
| | ) ) | WANGER'S ACCEPTANCE OF |
| UNITED STATES OF AMERICA, | ) ) | TRANSFER OF ACTION; CHIEF JUDGE DAVID LEVI'S APPROVAL |
| | ) | OF TRANSFER OF ACTION |
| Respondent. | ) ) ) | |

Pursuant to Appendix A to the Local Rules of the Eastern District of California, petitioner's action pursuant to 28 U.S.C. § 2255 is transferred from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger for all further proceedings. The criminal action in which petitioner stands convicted of the armed bank robbery counts which are the subject of petitioner's Section 2255 motion has been transferred to Judge Wanger's docket. Therefore, transfer of the Section 2255 action to Judge

1

Wanger's docket furthers the considerations of judicial efficiency and administration and will avoid potentially conflicting decisions.

IT IS SO ORDERED.

Dated:  September 30, 2005

_____

/s/ ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

The transfer of this action from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger is accepted.

Dated:  September 30, 2005

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

The transfer of this action from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger is approved.

Dated: September 30, 2005

_____

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge