IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>TIMOTHY WAYNE ARNETT,<br><br>            Defendant. | No. CR-F-95-5287 OWW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE MOTION FOR SUBSTITUTION OF ATTORNEY **UNDER SEAL** AND SETTING MOTION FOR SUBSITUTION OF ATTORNEY FOR **IN CAMERA** HEARING ON MONDAY, FEBRUARY 6, 2006 AT 1:30 P.M. |

    Defendant Timothy Wayne Arnett's motion to file his motion for substitution of counsel under seal is granted.

    Defendant's motion for substitution of counsel will be heard in camera on Monday, February 6, 2006 at 1:30 p.m.

    Dated: _Jan. 30___, 2006

                                        /s/ OLIVER W. WANGER

                                        _____
                                            OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

1