IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| | ) | APPLICATION FOR CONTINUANCE |
| Plaintiff, | ) | AND CONTINUING HEARING ON |
| | ) | DEFENDANT'S DEMAND FOR |
| vs. | ) | SPEEDY TRIAL OR TO DISMISS |
| | ) | INDICTMENT AND MOTIONS FOR |
| | ) | NEW TRIAL AND SENTENCING |
| TIMOTHY WAYNE ARNETT, | ) | FROM FEBRUARY 6, 2006 TO |
| | ) | MONDAY, APRIL 3, 2006 AT |
| | ) | 1:30 P.M. |
| Defendant. | ) | |
| | ) | |

Defendant's application to continue the hearing on his Demand for Speedy Trial or To Dismiss Indictment and Motions for a New Trial from February 6, 2006 to Monday, April 3, 2006 at 1:30 p.m. is granted. Sentencing is also continued from February 6, 2006 to Monday, April 3, 2006 at 1:30 p.m.

Any further pleadings and affidavits and/or declarations to be filed by defendant in connection with these matters shall be filed on or before March 1, 2006. Any response by the United

1

1  States shall be filed on or before March 22, 2006.  Defendant's
2  replies, if any, shall be filed on or before March 29, 2006.  No
3  further requests by defendant for continuance of this briefing
4  schedule, the hearing date of the motions, or sentencing will be
5  granted.

7       Dated: _Feb. 2____, 2006
8                                       /s/ OLIVER W. WANGER
9                                       _____
10                                         OLIVER W. WANGER
11                                      UNITED STATES DISTRICT JUDGE