FILED

FEB 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
|---|---|---|
| | ) | |
| | ) | ORDER AUTHORIZING EXTENDED |
| | ) | LAW LIRBRARY TIME AT FRESNO |
| Plaintiff, | ) | COUNTY JAIL FOR TIMOTHY |
| | ) | WAYNE ARNETT |
| v.s. | ) | |
| | ) | |
| | ) | |
| TIMOTHY WAYNE ARNETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    On February 16, 2006, defendant Timothy Wayne Arnett applied for an order to the Fresno County Jail extending the hours which defendant can use the Jail's law library from two hours per day to eight hours per day. Defendant contends that these addditional hours are necessary to his timely preparation for further pleadings and affidavits and/or declarations in connection with his Demand for Speedy Trial or To Dismiss Indictment and Motions for New Trial, which pleadings, affidavits and/or declarations are required to be filed on or before March 1, 2006.

1  Defendant Timothy Wayne Arnett is authorized to obtain
2  extended time at the Fresno County Jail law library up to eight
3  hours per day, but the extended time mus comport with the
4  personnel and security requirements of the Fresno County Jail.
5  Dated: 2-17-, 2006

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE