KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
TIMOTHY ARNETT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY ARNETT,<br><br>　　　Defendant. | CASE NO. CR F-95-5287 OWW<br><br>ORDER PERMITTING LICENSED INVESTIGATOR RICHARD L. BARNES ACCESS TO INMATE'S PROPERTY |

TO THE WARDEN, UNITED STATES PENITENTIARY, VICTORVILLE, CALIFORNIA:

This order authorizes licensed private investigator RICHARD L. BARNES, California Licensed Private Investigator 12634, access to the property of federal inmate TIMOTHY WAYNE ARNETT, Federal Register Number 60465-065, whose case is pending before this court;

Upon presentation of satisfactory identification and upon completion of a customary background check conducted by the prison, MR. BARNES is ordered to have access to the property of TIMOTHY WAYNE ARNETT;

1

1  Investigator RICHARD L. BARNES has been appointed by the court to
2  assist federal inmate TIMOTHY WAYNE ARNETT;
3  RICHARD L. BARNES will need to inspect ARNETT's legal documents,
4  stored at the United States Penitentiary, Victorville, in order to locate
5  approximately 400 pages of trial transcripts in case F-95-5287, from March 3rd and
6  4th, 1998.  If these documents are located, MR. BARNES will need to remove the
7  volumes of trial transcripts from defendant ARNETT's property and return them
8  to Fresno, California and to defendant ARNETT,  for further proceedings before
9  this court.
10 IT IS SO ORDERED.
11 **Dated:   March 20, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE