KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
TIMOTHY ARNETT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-95-5287 OWW |
| Plaintiff, | ORDER FOR FEDERAL MARSHALS TO TRANSPORT DEFENDANT ARNETT'S LEGAL MATERIALS TO THE FEDERAL INSTITUTION WHERE DEFENDANT IS CONFINED; ORDER TO FEDERAL WARDEN TO ACCEPT LEGAL FILES OF PRISONER ARNETTT |
| vs. | |
| TIMOTHY WAYNE ARNETT, | |
| Defendant. | |

TO THE FEDERAL MARSHAL SERVICE and to the WARDEN of the FEDERAL INSTITUTION TO WHICH TIMOTHY WAYNE ARNETT is delivered:

IT IS HEREBY ORDERED that TIMOTHY WAYNE ARNETT, a *pro se* prisoner, be allowed to have all of his legal materials–including legal files, documents, transcripts, investigation reports, and boxes of legal materials to be delivered to the Federal Marshal Service by investigator RICHARD L. BARNES and attorney KATHERINE HART–transported with him to the federal institution

1

to which he is confined by judgment of this court.  IT IS FURTHER ORDERED that the Warden of the Federal Institution to which ARNETT is sent, to the extent practicable, accept said legal files and documents.  Petitioner ARNETT is a *pro se* inmate who will be perfecting his own appeal in the instant case and therefore needs access to legal files, documents and transcripts.

     IT IS SO ORDERED.

DATED: July 28, 2006           /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER, Judge of the
                                          Eastern District, Federal District Court