IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER DENYING "NOTICE AND |
| | ) | SUPPLEMENTAL DOCUMENT - |
| Plaintiff, | ) | INTERGOVERNMENTAL AGREEMENT |
| | ) | - SUPPORTING DEFENDANT'S |
| vs. | ) | PRIOR MOTIONS FOR THE |
| | ) | RESOURCES TO ADEQUATELY |
| | ) | PRESENT A DEFENSE AND AN |
| TIMOTHY WAYNE ARNETT, | ) | APPEAL" (Doc. 599) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 14, 2006, defendant filed a "Notice and Supplemental Document - Intergovernmental Agreement - Supporting Defendant's Prior Motions for the Resources to Adequately Present a Defense and An Appeal. Doc. 383, 550 & 588", (Doc. 599), by which defendant seeks reconsideration of the denial of defendant's "Ex Parte Renewed Application for Tools Necessary in the 21st Century to Perfect Defendant's Appeal to the Ninth Circuit" made in open court on July 6, 2006.

Defendant's request for reconsideration is DENIED. As has

1

1  been repeatedly ruled, defendant has made no showing that he has
2  been or will be prevented from adequately preparing his defense
3  or prosecuting an appeal in the absence of the equipment and
4  services requested by defendant.  He continues to prepare and
5  timely file numerous motions and requests, which are extensively
6  researched, supported by legal citations, cases and statutes, and
7  timely.  There is a total absence of any showing that the
8  resources available to defendant are in any way inadequate.
9  Nothing in the requested reconsideration changes these
10 conclusions.

11     IT IS SO ORDERED.

12 **Dated:   August 3, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE