IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| | ) | "APPLICATION FOR JUDGE |
| Plaintiff, | ) | WANGER TO DEPOSE DEPUTY |
| | ) | CLERK R. BALLI ON THE RECORD |
| vs. | ) | IN RESPECT TO DEFENDANT'S |
| | ) | MOTION TO DISMISS THE |
| | ) | INDICTMENT" (Doc. 607) |
| TIMOTHY WAYNE ARNETT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's "Application for Judge Wanger to Depose Deputy Clerk R. Balli on the Record in Respect to Defendant's Motion to Dismiss the Indictment (Doc. #524)" filed on July 17, 2006 is DENIED as moot and unnecessary. Defendant's motion to dismiss the indictment has been denied by Order filed on July 20, 2006. Doc. 608.

IT IS SO ORDERED.

**Dated:   August 3, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE

1