IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-95-5287 OWW |
| | ) | |
| | ) | ORDER DENYING MOTION TO |
| | ) | DISMISS INDICTMENT WITH |
| Plaintiff, | ) | PREJUDICE BASED ON |
| | ) | GOVERNMENT'S NONCOMPLIANCE |
| vs. | ) | WITH SPEEDY TRIAL ACT (Doc. |
| | ) | 647) AND VACATING ORAL |
| | ) | ARGUMENT NOTICED FOR |
| TIMOTHY WAYNE ARNETT, | ) | NOVEMBER 20, 2006 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On October 30, 2006, Timothy Wayne Arnett, proceeding *in pro per*, filed a "Motion to Dismiss the Indictment with Prejudice Based on the Government's Noncompliance with the Speedy Trial Act".

The motion is DENIED for lack of jurisdiction. Arnett was sentenced on July 20, 2006. Arnett filed a Notice of Appeal to the Ninth Circuit on July 26, 2006. The filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case

1

involved in the appeal." *Griggs v. Provident Discount Co.*, 459 U.S. 56, 58 (1982).

ACCORDINGLY, as set forth above:

1. The "Motion to Dismiss the Indictment with Prejudice Based on the Government's Noncompliance with the Speedy Trial Act" is DENIED;

2. Oral argument noticed for November 20, 2006 is vacated.

IT IS SO ORDERED.

**Dated:   November 1, 2006**                          **/s/ Oliver W. Wanger**
668554                                                                   UNITED STATES DISTRICT JUDGE