DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
TIMOTHY WAYNE ARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 95-5287 OWW |
| Plaintiff, | |
| v. | **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| TIMOTHY WAYNE ARNETT, | |
| Defendant. | Judge: Hon. OLIVER W. WANGER |

Defendant, TIMOTHY WAYNE ARNETT, has authorized the undersigned, Assistant Federal Defender David M. Porter, to request that the Court appoint the Office of the Federal Defender and Mr. Porter to represent him on resentencing.

On September 9, 1999, this Court granted in forma pauperis status to Mr. Arnett, and he has proceeded in that status in his subsequent appeal. On July 31, 2006, Mr. Arnett filed a notice of appeal from this Court's judgment and sentence. Mr. Porter, having represented Mr. Arnett on a previous appeal, became involved in negotiations to settle the current appeal and drafted the settlement agreement. On August 27, 2007, the Ninth Circuit granted the parties' joint motion to vacate the

1  sentence and to remand the case to the district court for resentencing.
2  Mr. Arnett has waived his right to be present at resentencing, and
3  requests that Mr. Porter and the Office of the Federal Defender be
4  appointed to represent him on resentencing.
5      Accordingly, the Court is respectfully requested to enter the
6  order lodged herewith.
7  Dated:  August 30, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    __/s/ *David M. Porter*_____
                                    DAVID M. PORTER
                                    Assistant Federal Defender

DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
TIMOTHY WAYNE ARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 95-5287 OWW |
| Plaintiff, | |
| v. | **ORDER** |
| TIMOTHY WAYNE ARNETT, | |
| Defendant. | Judge: Hon. OLIVER W. WANGER |

Pursuant to the request of Mr. Arnett, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal Defender David M. Porter are hereby appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Mr. Arnett in all further proceedings before this Court.

IT IS SO ORDERED.

**Dated:   August 30, 2007**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE