**UNITED STATES DISTRICT COURT**
Eastern District of California
United States Courthouse
2500 Tulare Street
Fresno, California 93721

Chambers of
**Lawrence J. O'Neill**
United States District Court Judge

Chambers: (559) 499-5680
Fax: (559) 499-5959
Calendaring: (559) 499-5682

January 27, 2014

Timothy Arnett
Reg. # 60465-065
F.C.I. Terminal Island
P.O. Box 3007
San Pedro, CA 90731

*Re: Request for Sealed Documents*

Dear Mr. Arnett,

The Court is in receipt of your January 10, 2014, letter in which you request a copy of your sealed sentencing agreement. (Doc. 662). This document is sealed pursuant to a Court order. (Doc. 661). The Court may unseal a document upon the motion of any person after a finding of good cause. *See* Local Rule 141(f). Your January 10, 2014, letter does not establish good cause. Thus, in order to access the document you must file a motion to unseal the document and establish good cause as to why the document should be unsealed.

Sincerely,

Lawrence J. O'Neill
United States District Court Judge